UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE RAMSEY,

      Plaintiff,                                   Case No. 19-cv-11902
                                                            Hon. Matthew F. Leitman

v.

CITY OF DETROIT, d/b/a
DETROIT POLICE DEPARTMENT, et al.,

      Defendants.
_____/

**ORDER TO APPEAR FOR HEARING ON PLAINTIFF'S
COUNSEL'S MOTION FOR WITHDRAWAL OF ATTORNEY [ECF #14]**

On December 2, 2019, Joel Sklar as counsel for Plaintiff Willie Ramsey filed a Motion for Withdrawal of Attorney [ECF #14].

**IT IS HEREBY ORDERED** that Mr. Sklar shall appear at the United States District Court, 140 Federal Building and U.S. Courthouse, 600 Church Street, Courtroom 127, Flint, Michigan, on **Wednesday, February 19, 2020 at 1:00 p.m.** for a hearing on plaintiff's counsel's motion. Counsel for Defendants may, but is not required to, attend the hearing as well.

**IT IS FURTHER ORDERED** that Joel Sklar shall serve a copy of this Order on Plaintiff, Willie Ramsey by regular mail (and e-mail, if available) and shall file proof of such service with the Court.

**IT IS FURTHER ORDERED that Plaintiff, Willie Ramsey shall personally appear at the hearing on February 19, 2020 at 1:00 p.m.**

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 9, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 9, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764